UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* MIKI MAGNINO, EILEEN RICHARDSON, MARY WHITMER, and STATE OF ILLINOIS *ex rel.* MIKI MAGNINO, EILEEN RICHARDSON, MARY WHITMER, and MIKI MAGNINO, Individually, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 2009 |
| v. | ) ) | Judge Tharp |
| PASSAGES HOSPICE, LLC, and SETH GILLMAN, | ) ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA *ex rel.* CAROL MOSELEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 10 C 6368 |
| v. | ) ) | Judge Tharp |
| PASSAGES HOSPICE, LLC, and SETH GILLMAN, | ) ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA *ex rel.* ALEXIAS "BRANDY" PACE and JACQUELINE REAVIS, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 12 C 9910 |
| v. | ) ) | Judge Tharp |
| PASSAGES HOSPICE, LLC | ) ) ) | |
| Defendant. | ) | |

**STATUS REPORT**

The United States, by its attorney Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this status report regarding this consolidated *qui tam* lawsuit that has been stayed pending resolution of the related criminal proceeding, and states as follows:

1. On June 2, 2014, the United States intervened and declined to intervene in part of the *Magnino* and *Pace* actions and declined to intervene in the *Moseley* action. The three cases were consolidated before the chief judge and remained under seal until June 4, 2014 when they were unsealed and shortly thereafter assigned to this court.

2. This court has asked that the United States provide it with status reports every 90 days.

3. On February 12, 2016, Seth Gillman pled guilty to health care fraud. (14 CR 33, Dkt. 144-145). On February 22, 2016, Passages also pled guilty to health care fraud. (*Id.* Dkt. 152-53).

4. The defendants' criminal plea agreements do not establish an amount of monetary loss to the United States. The United States expects that this loss amount will be determined at Seth Gillman's sentencing, which has been rescheduled for October 5, 2016. (*Id.* Dkt. 166).

5. The United States seeks to maintain the stay in the above-captioned proceeding until after the criminal case is fully resolved including sentencing, and a loss amount has been established. The United States does seek a limited lift of the stay in the *Magnino* and *Pace* actions solely for the purpose of serving process on the defendants. A motion seeking a limited lift of the stay is filed concurrently with this status report.

6. The United States will notify this court of the status of the criminal case and any developments that may change the aforementioned time frame in a subsequent status report that will be filed within 90 days.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Douglas G. Snodgrass
    DOUGLAS G. SNODGRASS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2065
    douglas.snodgrass@usdoj.gov


MICHAEL D. GRANSTON
RENÉE BROOKER
EVA GUNASEKERA
U.S. Department of Justice, Civil Division
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
(202) 305-3148
eva.gunasekera@usdoj.gov